FIRST UNION NATIONAL BANK *v.* WILLIAM S. WOERMER ET AL.

The petition by the defendants William S. Woermer and Charlotte P. Woermer for certification for appeal from the Appellate Court, 92 Conn. App. 696 (AC 25830), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Steven D. Ecker*, in support of the petition.

*Jennifer S. Allison*, in opposition.

Decided March 2, 2006